## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDOULAYE DIEME, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-405 |
| | ) | Judge Stephanie L. Haines |
| LEONARD ODDO *in his official capacity as* | ) | Magistrate Judge Richard A. Lanzillo |
| *the Warden of the Moshannon Valley* | ) | |
| *Processing Center et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

### <u>MEMORANDUM ORDER</u>

Presently before the Court is a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by Abdoulaye Dieme ("Petitioner") (ECF No. 1). Petitioner is detained by Immigration and Customs Enforcement ("ICE") and claims that his detention is unconstitutionally prolonged. He seeks immediate release from custody or in the alternative a bond hearing. This matter was referred to Magistrate Judge Richard A. Lanzillo for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On May 26, 2026, Magistrate Judge Lanzillo filed a Report and Recommendation (ECF No. 13) recommending that the Petition (ECF No. 1) be granted in so far as Petitioner sought a bond hearing under 8 U.S.C. § 1226(a) and denied to the extent that Petitioner sought any further relief. ECF No. 13, p. 4. The Parties were advised they could file objections to the Report and Recommendation within 14 days; they were also given an opportunity to respond to any objections filed. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections, and the time to do so has expired. Respondents filed timely Objections on June 8, 2026 (ECF No. 14). Respondents advise the Court that the Magistrate Judge's Report and Recommendation, and the case in total, should be deemed moot. Petitioner's immigration case

1

had progressed and he is now subject to a final order of removal under 8 U.S.C. § 1231(a)(6), thus making Petitioner ineligible for a Section 1226 bond hearing.[1]

Upon review of the record and the Report and Recommendation (ECF No. 13) pursuant to Local Civil Rule 72.D.2, the Court finds Petitioner's Petition for Habeas Corpus (ECF No. 1) moot because the relief he seeks is no longer applicable to his immigration case. It logically follows that the Magistrate Judge's Report and Recommendation is also moot.

Accordingly, the following order is entered:

## ORDER

AND NOW, this 10th day of June, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DISMISSED AS MOOT; and,

IT IS FURTHER ORDERE that Magistrate Judge Lanzillo's Report and Recommendation (ECF No. 13) is also moot; and,

IT IS FURTHER ORDERED that Respondents Objections (ECF No. 14) are sustained; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

---

[1] Respondents also informed this Court that Petitioner has filed another Habeas Petition (3:26-cv-828) which acknowledges his new status and asserts different grounds for seeking relief. Based on this fact, the Court dispensed with the additional time granted by Magistrate Judge Lanzillo for Petitioner to respond to Respondents' Objections and issued this Opinion forthwith.

2